**STATE of Missouri, Respondent,**

v.

**Shawn KEETON, Appellant.**

**No. WD 62371.**

Missouri Court of Appeals, Western District.

June 15, 2004.

John Schilmoeller, Kansas City, MO, for appellant.

Leslie E. McNamara, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J., BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Shawn Keeton was convicted of two counts of first degree murder, section 565.020.1, RSMo 2000, and two counts of armed criminal action, section 571.015, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).